No. A–324.  JERREL v. ALASKA.  Application for stay of enforcement of judgment, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–422.  IN RE DEVERS.  Sup. Ct. Ore.  Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1304.  IN RE DISBARMENT OF KUMMER.  Disbarment entered.  [For earlier order herein, see 509 U. S. 949.]

No. D–1334.  IN RE DISBARMENT OF BOYNE.  It is ordered that Gilbert Wentworth Boyne, of Modesto, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–989.  TENNESSEE v. MIDDLEBROOKS; and TENNESSEE v. EVANS.  Sup. Ct. Tenn.  [Certiorari granted, 507 U. S. 1028.]  Motion of respondent Donald Middlebrooks for leave to file a supplemental brief after argument granted.

No. 92–1639.  CITY OF CHICAGO ET AL. v. ENVIRONMENTAL DEFENSE FUND ET AL.  C. A. 7th Cir.  [Certiorari granted, 509 U. S. 903.]  Motion of respondents for reconsideration of the Solicitor General's motion for leave to participate in oral argument as amicus curiae and for divided argument [ante, p. 961] denied.

No. 92–1956.  CONSOLIDATED RAIL CORPORATION v. GOTTSHALL; and CONSOLIDATED RAIL CORPORATION v. CARLISLE.  C. A. 3d Cir.  [Certiorari granted, ante, p. 912.]  Motions of Association of American Railroads, Washington Legal Foundation, and Product Liability Advisory Council, Inc., for leave to file briefs as amici curiae granted.

No. 92–8894.  VICTOR v. NEBRASKA.  Sup. Ct. Neb.  [Certiorari granted, 509 U. S. 954]; and
No. 92–9049.  SANDOVAL v. CALIFORNIA.  Sup. Ct. Cal.  [Certiorari granted, 509 U. S. 954.]  Motion of respondent California for divided argument granted.

No. 92–9059.  SIMMONS v. SOUTH CAROLINA.  Sup. Ct. S. C.  [Certiorari granted, ante, p. 811.]  Motion of Donna L. Markle et al. for leave to file a brief as amici curiae granted.